JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Arthur Gonzalez, <br>     Debtor, | CV 21-03100JVS <br> ORDER OF DISMISSAL |

    The Court having issued an Order to Show Cause on June 11, 2021 as to why this action should not be dismissed for lack of prosecution, and to date no response having been filed,

    IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: 7/21/21

                                            James V. Selna <br>
                                            United States District Judge